# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERMAN POTTER, ) | CASE NO. 8:06CV648 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the unopposed Motion to Amend Record (Filing No. 13) and the unopposed Motion to Continue Filing Brief (Filing 14), both filed by the Plaintiff, Herman Potter. The Court, being fully advised in the premises, finds that the motions should be granted.

IT IS THEREFORE ORDERED:

1. The Plaintiff's Motion to Amend Record (Filing No. 13) is granted, and Ex. A to filing no. 13 will be considered with the transcript;

2. The Plaintiff's Motion to Continue Filing Brief (Filing No. 14) is granted as follows:

    a. The Plaintiff shall file his brief on or before March 22, 2007;

    b. The Defendant shall file his brief on or before April 22, 2007; and

3. The case will be ripe for decision on April 23, 2007.

Dated this 22nd day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge