IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HERMAN F. POTTER,** | ) | **CASE NO. 8:06CV648** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | )) | |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| **Defendant.** | ) | |

The matter before the Court is the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 17). The Defendant's response is currently due April 22, 2007, and it seeks an order extending that date to May 23, 2007. The Defendant represents that the Plaintiff has no objection to the extension of time. I find that the Defendant's motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 17) is granted; and

2. The Defendant's response shall be filed on or before May 23, 2007.

DATED this 25th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge